UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**INEZ BLAIR,**

   Plaintiff,

v.                                                                      **No. 4:21-cv-1165-P**

**CITY OF FORT WORTH POLICE DEPARTMENT,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 6. No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff Inez Blair's Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) should be, and is hereby, **DENIED.**

---

[1] On November 1, 2021, Plaintiff Inez Blair filed a document titled as, and purporting to be, an objection. *See* ECF No. 7. However, nothing in the document—consisting of two handed-written pages—can be construed as a specific objection to the FCR before the Court. *See Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc) ("Parties filing objections must specifically identify those findings [to which they object]. Frivolous, conclusive or general objections need not be considered by the district court."), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1412 (5th Cir. 1996) (en banc).

It is further **ORDERED** that Plaintiff pay to the Clerk of the Court the filing and administrative fees of $402.00[2] **on or before November 17, 2021.** Failure of Plaintiff to comply will result in the dismissal of this case without prejudice without further notice.

**SO ORDERED** on this **10th day** of **November, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[2]In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule requires payment of an administrative fee for filing a civil action in district court of $52. *See* 28 U.S.C.§ 1914(a) and District Court Miscellaneous Fee Schedule, note 14.

2